

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| TONIER U. SMITH | * | Case No. 20-13739-DER |
| Debtor(s) | * | (Chapter 7) |
| MARYLAND DEPARTMENT OF LABOR | * | |
| Plaintiff | * | |
| v. | * | Adversary Proceeding No. 20-160 |
| TONIER U. SMITH | * | |
| Defendant | * | |

## **JUDGMENT**

In accordance with that Order entered contemporaneously herewith, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that judgment is granted against Defendant tonier U. Smith and in favor of the Plaintiff Maryland Department of Labor in the amount of Two Thousand Seven Hundred Sixty-Two Dollars and Fifty Cents ($2,762.50), plus costs of Three Hundred Fifty Dollars ($350.00), plus interest at the federal rate from the date of entry of judgment.

cc:
Orbie R. Shively, Esq.
Maryland Department of Labor
1100 North Eutaw St., Rm. 522
Baltimore, MD 21201

U.S. TRUSTEE
Garmatz Federal Courthouse
101 W. Lombard St., Rm. 2625
Baltimore, MD 21201

Tonier U. Smith
5802 Judithway
Baltimore, MD 21206

**END OF ORDER**